FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 10 PM 1:23

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **EDWARD BURBEL, ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 01-3355** |
| | * | |
| **SMITHKLINE BEECHAM CORPORATION, ET AL.** | * | **SECTION "D" JUDGE McNAMARA** |
| | * | |
| | • | **MAG. 5 JUDGE CHASEZ** |

**MOTION FOR ADMISSION PRO HAC VICE**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Chattem, Inc., who moves this Honorable Court for an Order that James T. Williams, IV and Chester Crews Townsend of the law firm of Miller and Martin, 832 Georgia Avenue, Suite 1000, Chattanooga, TN 37341, be permitted to appear as co-counsel in the above-captioned matter.

James T. Williams, IV is a member in good standing with the Bar of the State of Tennessee and has been admitted to practice before all state and federal courts in the State of Tennessee.

Chester Crews Townsend is a member in good standing with the Bar of the State of Tennessee and has been admitted to practice before all state and federal courts in the State of Tennessee.

Attached hereto as Exhibit "1" is the Affidavit of James T. Williams, IV certifying that no disciplinary proceedings or criminal charges have been instituted against him. Attached to the

DATE OF ENTRY
APR 12 2002

Fee
Process
Dktd
CtRmDep
Doc. No. 11

Affidavit is a Certificate of Good Standing from the Clerk of Court of the United States District Court for the Eastern District of Tennessee, indicating that James T. Williams, IV is admitted to practice in the State of Tennessee and is in good standing with the Bar of that state.

James T. Williams, IV is an attorney at law in good standing with the State Bar of Tennessee having been admitted to practice by the Supreme Court of Tennessee in 1993.

Attached hereto as Exhibit "2" is the Affidavit of Chester Crews Townsend certifying that no disciplinary proceedings or criminal charges have been instituted against him. Attached to the Affidavit is a Certificate of Good Standing from the Clerk of Court of the United States District Court for the Eastern District of Tennessee, indicating that Chester Crews Townsend is admitted to practice in the State of Tennessee and is in good standing with the Bar of that state.

Chester Crews Townsend is an attorney at law in good standing with the State Bar of Tennessee having been admitted to practice by the Supreme Court of Tennessee in 1986.

Accordingly, defendant, Chattem, Inc. and undersigned counsel of record move this Court for an Order permitting James T. Williams, IV and Chester Crews Townsend to appear in this case as co-counsel for defendant.

Respectfully submitted,

FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C.

_____
J. DWIGHT LeBLANC, III (#17986), T.A.
ANNE L. POINTER (#27607)
1100 Poydras Street
3600 Energy Centre
New Orleans, LA 70163-3600
Telephone 504-599-8017
Facsimile 504-599-8117
**Attorneys for Chattem, Inc.**

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading was delivered to all counsel of record by placing a copy of same in the United States mail, properly addressed, and postage prepaid, and/or via facsimile or by hand on this __10__ day of __April__, 2002.

_____

(Rev. 3/01) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## Eastern District of Tennessee

**CERTIFICATE OF GOOD STANDING**

*I, Patricia L. McNutt, Clerk of the Eastern District of Tennessee, certify that*

## James T. Williams, IV

*was duly admitted to practice in this Court on April 12, 1994, and is in good standing as a member of the Bar of this Court.*

*Dated at Chattanooga, Tennessee on March 28, 2002.*

Patricia L. McNutt, Clerk

_____
Deputy Clerk

EXHIBIT 1

(Rev. 3/01) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## Eastern District of Tennessee

**CERTIFICATE OF GOOD STANDING**

I, Patricia L. McNutt, Clerk of the Eastern District of Tennessee, certify that

## C. Crews Townsend

was duly admitted to practice in this Court on <u>April 27, 1987</u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>Chattanooga, Tennessee</u> on <u>March 28, 2002</u>.

Patricia L. McNutt, Clerk

Deputy Clerk

**EXHIBIT 2**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDWARD BURBEL, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 01-3355 |
| SMITHKLINE BEECHAM CORPORATION, ET AL. | * | SECTION "D" JUDGE McNAMARA |
| | • | MAG. 5 JUDGE CHASEZ |

## ORDER

**CONSIDERING THE FOREGOING** Motion for Admission Pro Hac Vice;

**IT IS HEREBY ORDERED** that James T. Williams, IV and Chester Crews Townsend of the law firm of Miller and Martin, 832 Georgia Avenue, Suite 1000, Chattanooga, TN 37341, be permitted to appear and participate as co-counsel in the above-captioned matter.

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDWARD BURBEL, ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 01-3355 |
| | * | |
| SMITHKLINE BEECHAM | * | SECTION "D" JUDGE McNAMARA |
| CORPORATION, ET AL. | * | |
| | • | MAG. 5 JUDGE CHASEZ |

### AFFIDAVIT OF JAMES T. WILLIAMS, IV

STATE OF TENNESSEE

HAMILTON COUNTY

**PERSONALLY APPEARED BEFORE ME,** the undersigned authority in and for said county and state:

### JAMES T. WILLIAMS, IV

who first being sworn under oath, did depose and say:

1. I, James T. Williams, IV, move for admission *pro hac vice* in the United States District Court for the Eastern District of Louisiana;

2. I am requesting to be admitted to practice before this Court for the sole purpose of participating in the above matter styled, *"Edward Burbel, et al. v. Smithkline Beecham Corporation, et al.,* Civil Action No. 01-3355, in the United States District Court for the Eastern District of Louisiana;

3. I reside at 9 Bartram Road, Lookout Mountain, TN 37350, and my firm's address is Miller and Martin, 832 Georgia Avenue, Suite 1000, Chattanooga, TN 37341;

4. I am admitted and qualified to practice in all courts in the State of Tennessee and was admitted to practice by the Supreme Court of Tennessee in 1993;

5. I am currently licensed in good standing to practice law in the jurisdiction listed in Paragraph 4 of this Affidavit;

6. I am not currently, nor have I ever been suspended or disbarred by any jurisdiction in which I have been admitted to practice law;

7. I have never been subject to any disciplinary action by the bar or courts of any jurisdiction during the preceding five(5) years;

8. I understand and accept that unless permitted to withdraw by order of this Court, I will continue to represent my client, Chattem, Inc., in the above-styled and numbered case until final determination by the Court of this matter has been made, and I consent to the jurisdiction of the courts of the State of Louisiana, of the disciplinary tribunals of the Louisiana Bar, and of the Louisiana Board of Bar Admissions in all respects as if I were a regularly admitted and licensed member of the Louisiana Bar.

_/s/ James T. Williams, IV_
JAMES T. WILLIAMS, IV

*Sworn to and subscribed before me*
this 5th day of April, 2002.

_Jill Crouch_
Notary Public
MY COMMISSION EXPIRES: JUNE 17, 2003

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| EDWARD BURBEL, ET AL. | * | CIVIL ACTION |
|---|---|---|
| | * | |
| VERSUS | * | NO. 01-3355 |
| | * | |
| SMITHKLINE BEECHAM | * | SECTION "D" JUDGE McNAMARA |
| CORPORATION, ET AL. | * | |
| | • | MAG. 5 JUDGE CHASEZ |

### AFFIDAVIT OF CHESTER CREWS TOWNSEND

STATE OF TENNESSEE

HAMILTON COUNTY

**PERSONALLY APPEARED BEFORE ME,** the undersigned authority in and for said county and state:

### CHESTER CREWS TOWNSEND

who first being sworn under oath, did depose and say:

1. I, Chester Crews Townsend, move for admission *pro hac vice* in the United States District Court for the Eastern District of Louisiana;

2. I am requesting to be admitted to practice before this Court for the sole purpose of participating in the above matter styled, *"Edward Burbel, et al. v. Smithkline Beecham Corporation, et al.,* Civil Action No. 01-3355, in the United States District Court for the Eastern District of Louisiana;

3. I reside at 1105 Gnome Trail, Lookout Mountain, GA 30750, and my firm's address is Miller and Martin, 832 Georgia Avenue, Suite 1000, Chattanooga, TN 37341;

4. I am admitted and qualified to practice in all courts in the State of Tennessee and was admitted to practice by the Supreme Court of Tennessee in 1986;

5. I am currently licensed in good standing to practice law in the jurisdiction listed in Paragraph 4 of this Affidavit;

6. I am not currently, nor have I ever been suspended or disbarred by any jurisdiction in which I have been admitted to practice law;

7. I have never been subject to any disciplinary action by the bar or courts of any jurisdiction during the preceding five(5) years;

8. I understand and accept that unless permitted to withdraw by order of this Court, I will continue to represent my client, Chattem, Inc., in the above-styled and numbered case until final determination by the Court of this matter has been made, and I consent to the jurisdiction of the courts of the State of Louisiana, of the disciplinary tribunals of the Louisiana Bar, and of the Louisiana Board of Bar Admissions in all respects as if I were a regularly admitted and licensed member of the Louisiana Bar.

_____
CHESTER CREWS TOWNSEND

Sworn to and subscribed before me
this _5th_ day of _opAU_, 2002.

_Jill Crouch_
Notary Public

MY COMMISSION EXPIRES: JUNE 17, 2003